UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
COURT FILE NO.: 04-4105 JRT/FLN

| | | |
|---|---|---|
| BRIAN DIAMOND | ) | CIVIL ACTION NO: 06-744 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| TRANS UNION, L.L.C, EXPERIAN | ) | |
| INFORMATION SOLUTIONS INC., | ) | Chief Judge Donetta W. Ambrose/ |
| EQUIFAX INFORMATION | ) | Mag. Judge Lisa Pupo Lenihan |
| L.L.C.; CBCS; BELLSOUTH; and | ) | |
| DUQUESNE LIGHT CO. | ) | |
| | ) | |
| Defendants. | ) | Electronically Filed |

### STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiff, Brian Diamond, his attorney, Jeffrey L. Suher, Esquire, and all Defendants and Defendants' counsel herein, that the instant action shall be and is hereby dismissed with prejudice and on the merits, without costs, or disbursements, or attorneys' fees to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

Date: July 23, 2007                                 Respectfully Submitted:

**JEFFREY L. SUHER, P.C.**

By:   /s/Jeffrey L. Suher
      Jeffrey L. Suher, Esquire
      Pa. I.D. No.: 74924
      4328 Old William Penn Highway, Suite 2J
      Monroeville PA 15146
      412-374-9005    412-374-0799 (fax)
      lawfirm@jeffcanhelp.com

**Kogan, Trichon & Wertheimer, PC**

/s/Timothy P. Creech
Timothy P. Creech, Esquire
1818 Market Street, 30th Floor
Philadelphia, PA 19103
*Attorney for Trans Union*

7/24/07
Granted
Donetta W. Ambrose

-1-